DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

WILLIAM TRAVIS HARWOOD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2022-3582

_____

August 21, 2024

Appeal from the County Court for Hillsborough County; John N. Conrad, Judge.

Howard L. Dimmig, II, Public Defender, and Andrea M. Norgard, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Katherine Coombs Cline, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

SILBERMAN, LaROSE, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.